UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 07-11721-PBS

ANGEL TORO,
    **Plaintiff,**

v.

STEPHEN MURPHY, ESTATE OF PAUL MURPHY, ESTATE OF RICHARD WALSH, and THE CITY OF BOSTON,
    **Defendants.**

## VOLUNTARY STIPULATION OF DISMISSAL

Now comes the Plaintiff, Angel Toro, in the above-captioned case and hereby stipulates pursuant to Fed. R. Civ. P. 41(a)(1)(ii) to dismiss all counts as they relate to Defendant, Estate of Paul Murphy, with prejudice and without costs.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| DEFENDANTS, STEPHEN MURPHY, and CITY OF BOSTON<br>By their attorneys: | PLAINTIFF, ANGEL TORO<br>By his attorneys: |
| William F. Sinnott<br>Corporation Counsel | |
| /s/ Raquel D. Ruano<br>Evan C. Ouellette, BBO# 655934<br>Raquel D. Ruano, BBO# 658735<br>Alexandra Alland, BBO# 652152<br>Assistant Corporation Counsel<br>City of Boston Law Department<br>Room 615, City Hall<br>Boston, MA 02201<br>(617) 635-4039 | /s/ Stephen Hrones<br>Stephen Hrones, BBO# 242860<br>Jessica D. Hedges, BBO# 645847<br>Michael Tumposky, BBO# 660618<br>Hrones, Garrity & Hedges, LLP<br>Boston, MA 02110-3927<br>(617) 227-4019 |

Dated: May 15, 2008