UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 07-11721-PBS

ANGEL TORO,
    **Plaintiff**,

v.

STEPHEN MURPHY, ESTATE OF PAUL MURPHY, RICHARD WALSH, and THE CITY OF BOSTON,
    **Defendants.**

## VOLUNTARY STIPULATION OF DISMISSAL OF ALL COUNTS AND CLAIMS AGAINST DEFENDANT RICHARD WALSH WITH PREJUDICE

Now come all parties in the above-captioned case and hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(ii) to dismiss all counts as they relate to Defendant, Richard Walsh[1] with prejudice and without costs.

---

[1] Although Defendant, Richard Walsh is frequently referred to in the body of Plaintiff's Amended Complaint as "The Estate of Richard Walsh," all parties acknowledge that these references are made in error. This Stipulation Of Dismissal With Prejudice covers all claims and/ or counts asserted against Richard Walsh and those erroneously asserted against "The Estate of Richard Walsh."

1

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| DEFENDANTS, STEPHEN MURPHY, RICHARD WALSH and CITY OF BOSTON By their attorneys: | PLAINTIFF, ANGEL TORO By their attorney: |
| William F. Sinnott<br>Corporation Counsel | |
| /s/ Evan C. Ouellette<br>Evan C. Ouellette, BBO# 655934<br>Raquel D. Ruano, BBO# 658735<br>Alexandra Alland, BBO# 652152<br>Assistant Corporation Counsel<br>City of Boston Law Department<br>Room 615, City Hall<br>Boston, MA 02201<br>(617) 635-4048 | /s/ Stephen Hrones<br>Stephen Hrones, BBO# 242860<br>Hrones, Garrity & Hedges, LLP<br>Boston, MA 02110-3927<br>(617) 227-4019 |

Dated: April 2, 2009