ANGEL TORO,
    **Plaintiff,**

v.

STEPHEN MURPHY, ESTATE OF
PAUL MURPHY, RICHARD WALSH,
and THE CITY OF BOSTON[1],
    **Defendants.**

## VOLUNTARY STIPULATION OF DISMISSAL OF SPECIFIC CLAIMS WITH PREJUDICE

Now come all parties in the above-captioned case and hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(ii) to dismiss the following counts and claims asserted within Plaintiff's Amended Complaint with prejudice and without costs:

1. **All counts and claims against Defendant City of Boston, specifically Count III (Custom or Policy) in its entirety;**

2. **Count IV (Threats, Intimidation and Coercion) in its entirety as it relates to all Defendants;**

3. **Count II (Conspiracy) to the extent that it alleges that Defendant, Stephen Murphy conspired with any person or persons to threaten, intimidate or coerce Plaintiff, any witness or any other person for purposes of obtaining false testimony, false identification evidence or for any other reason.**

This voluntary stipulation in no way affects Count I (Withholding of Exculpatory Evidence) of Plaintiff's Amended Complaint. It is the intention of the parties that upon the filing of this voluntary stipulation, Plaintiff will continue to pursue only Count I (Withholding of Exculpatory Evidence) against Defendant Stephen Murphy and Count II

---

[1] All counts and claims against Defendants, Estate of Paul Murphy and Richard Walsh have already been dismissed with prejudice.

1

(Conspiracy) against Defendant Stephen Murphy only to the extent that Count II alleges that Defendant Stephen Murphy conspired with other individual(s) to withhold exculpatory evidence.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| DEFENDANTS, STEPHEN MURPHY, and CITY OF BOSTON<br>By their attorneys: | PLAINTIFF, ANGEL TORO<br>By their attorney: |
| William F. Sinnott<br>Corporation Counsel | |
| /s/ Evan C. Ouellette<br>Evan C. Ouellette, BBO# 655934<br>Raquel D. Ruano, BBO# 658735<br>Alexandra Alland, BBO# 652152<br>Assistant Corporation Counsel<br>City of Boston Law Department<br>Room 615, City Hall<br>Boston, MA 02201<br>(617) 635-4048 | /s/ Stephen Hrones<br>Stephen Hrones, BBO# 242860<br>Hrones, Garrity & Hedges, LLP<br>Boston, MA 02110-3927<br>(617) 227-4019 |

Dated: May 18, 2009