## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 07 CA 11721

ANGEL TORO,
      **Plaintiff**

v.

STEPHEN MURPHY
      **Defendant.**

## DEFENDANT STEPHEN MURPHY'S
## MOTION FOR SUMMARY JUDGMENT

      Now comes the Defendant, Stephen Murphy, and respectfully moves this Court pursuant to Fed.R.Civ.P. 56 to enter summary judgment in his favor as to all counts with prejudice. In support of his motion, Defendant Murphy attaches his Memorandum of Law In Support of His Motion and Defendant's Local Rule 56.1 Statement of Facts with attached Exhibits.

      Respectfully submitted,

      DEFENDANT, STEPHEN MURPHY
      By his attorneys:

      William F. Sinnott
      Corporation Counsel

      /s/ Raquel D. Ruano
      Raquel D. Ruano, BBO#658735
      Alexandra Alland, BBO#652152
      Evan C. Ouellette BBO#655934
      Assistant Corporation Counsels
      City of Boston Law Department
      Room 615, City Hall
      Boston, MA 02201
      (617) 635-4039 (Ruano)
      (617) 635-4031 (Alland)
      (617) 635-4048 (Ouellette)

## Certificate of Service

       I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on June 30, 2009.


 /s/  Raquel D. Ruano
Raquel D. Ruano