# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**CIVIL ACTION NO. 07 CA 11721-PBS**

ANGEL TORO,
      **Plaintiff**

v.

STEPHEN MURPHY
      **Defendant.**

## DEFENDANT STEPHEN MURPHY'S LIST OF EXHIBITS

A. Affidavit of Counsel;
B. April 19, 1981 Boston Police Report by Paul Murphy;
C. Deposition of Defendant Stephen Murphy;
D. Deposition of John Kiernan;
E. July 12, 1981 Boston Police Report by Detectives Arthur Linsky and Paul McDonough;
F. Two (2) composite drawings by Boston Police sketch artist Robert Neville;
G. April 30, 1981 Malden Police Report by Inspector John Rivers;
H. May 1, 1981 Boston Police Report by Sergeant Stephen Murphy;
I. April 30, 1981 Malden Police Identikit Sketch;
J. Undated handwritten note in Boston Police Department file from Paul Murphy to Lieutenant Daley;
K. Deposition of Attorney Wille Davis;
L. Defendant Angel Toro's Motion to Continue Trial in Commonwealth v. Angel Toro;
M. September 28, 1982 letter from ADA John Kiernan to Atty. Frank Kelleher;
N. Deposition of Plaintiff Angel Toro;
O. Trial transcripts of Commonwealth v. Angel Toro;
P. Suffolk Superior Court witness list in Commonwealth v. Toro;
Q. Deposition of Atty. Patricia Garin;
R. July 23, 1993 letter from Atty. Patricia Garin to Suffolk County District Attorney ADA R.J. Cinquegrana;
S. July 14, 1994 letter from Atty. Patricia Garin to Suffolk County District Attorney ADA Robert J. McKenna;
T. May 31, 1996 letter from Atty. Patricia Garin to Suffolk County District Attorney ADA Robert J. McKenna;
U. July 31, 1996 letter from Atty. Patricia Garin to Suffolk County District Attorney ADA Robert J. McKenna;
V. Suffolk Superior Court List of Exhibits in Commonwealth v. Toro;

W.	Affidavit of Boston Police Detective Wayne Rock;
X.	Suffolk Superior Court Docket for Commonwealth v. Angel Toro;
Y.	United States District Court Docket for Angel Toro v. Stephen Murphy;
Z.	Plaintiff's Amended Complaint in Angel Toro v. Stephen Murphy;
1.	Angel Toro's Answers to Defendant Stephen Murphy's First Set of Interrogatories;
2.	Deposition of Suffolk County District Attorney Keeper of Records, Mario Mazzone;
3.	Suffolk County District Attorney's Log of Homicides at Bulfinch;
4.	June 19, 2001 letter from Atty. Garin to Suffolk County ADA Dennis Collins; and
5.	Suffolk County District Attorney's Office's file on "Other Suspects" in Commonwealth v. Angel Toro.