UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANGEL TORO,  )  C.A. No. 07-11721
    Plaintiff,  )
  )
v.  )
STEPHEN MURPHY, and  )
THE CITY OF BOSTON,  )
    Defendants.  )
  )

## MOTION IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

Now comes the Plaintiff and opposes the Defendant's Motion for Summary Judgment as to the exculpatory evidence issue but not the conspiracy claim.

> Respectfully submitted,
> The Plaintiff, Angel Toro,
> By his attorney,
>
> //s// Stephen Hrones
> Stephen Hrones, BBO#242860
> Hrones & Garrity, LLP
> Lewis Wharf – Bay 232
> Boston, MA 02110-3927
> T) 617/227-4019

## CERTIFICATE OF SERVICE

I, Stephen Hrones, hereby certify that, on this the 28th day of July, 2009, I have cause to serve a true and correct copy of the foregoing to all counsel on record in this matter electronically.

> //s// Stephen Hrones
> Stephen Hrones