UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANGEL TORO,                                    )          C.A. No. 07-11721
         Plaintiff,                            )
                                               )
v.                                             )
STEPHEN MURPHY,  and                           )
THE CITY OF BOSTON,                            )
         Defendants.                           )
                                               )

### PLAINTIFF'S LOCAL RULE 56.1 STATEMENT OF FACTS IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

1. Murphy believed that the "Malden document" was exculpatory (Defendant's Exhibit C at page 57) (Defendant's Exhibit will be referred to as DE).

2. He believed it should have been turned over to the defense if it was in the police case file (DE - C - 57).

3. He now knows "the document" was in the was in the police file (PE - 1).

4. He was in charge of this case (DE - C - 57).

5. It was Murphy's responsibility to deal with District Attorney Kiernan (DE - C - 59).

6. Murphy does not remember turning the "document" over to District Attorney Kiernan, (DE -C - 59).

7. Kiernan would presume prior counsel would give the file to successor counsel but would participate in making sure the evidence got to new counsel (PE - 2).

8. Kiernan has no memory of seeing the "report" at the time of the trial (DE - C - 89).

9. Kiernan cannot say he received the "report" but if he had he would have turned it over to the defense (PE - 2).

10. Kiernan considered the "Malden report" Brady material that would have significance to the case and he would have turned it over (PE – 4 ).

11. Kiernan would have kept a copy for the DA's file if he turned the statement over to the defense (PE - 4 ).

12. William Haverstock testified at the second trial that he observed an individual at the place of the murder at the time of the murder and described him initially and at trial a white man (Toro is Puerto Rican ) with a mustache (PE – 5).

13. Debbie Toro testified at trial that the plaintiff had a beard at the time of the incident as did other witnesses (trial transcripts).

14. Other witnesses testified he did not have a beard (DE – O – 99-100). These witnesses at the New Trial Motion Hearing admitted to being pressured and that they lied at trial about the Plaintiff being clean-shaven.

> Respectfully submitted,
> The plaintiff, Angel Toro,
> By his attorney,
>
> //s// Stephen Hrones
> Stephen Hrones
> Hrones & Garrity
> Lewis Wharf – Bay 232
> Boston, MA 02110-3927
> T) 617/227-4019

## CERTIFICATE OF SERVICE

I, Stephen Hrones, hereby certify that, on this the 28th day of July, 2009 I have cause to serve a true and correct copy of the foregoing on all record of counsel in this matter, electronically.

> //s// Stephen Hrones
> Stephen Hrones