UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 07 CA 11721 -PBS

ANGEL TORO,
    **Plaintiff**

v.

STEPHEN MURPHY
    **Defendant.**

## JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE

All parties in the above-entitled action, Plaintiff Angel Toro and Defendant Stephen Murphy jointly and voluntarily stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(ii) to dismiss all counts and claims within the above titled action as they relate to all defendants, including Defendant Stephen Murphy in his individual and official capacity with prejudice, without costs and waiving all rights of appeal.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| DEFENDANT, STEPHEN MURPHY | PLAINTIFF, ANGEL TORO |
| William F. Sinnott<br>Corporation Counsel<br>By his attorneys: | By his attorney: |
| /s/ Evan C. Ouellette<br>Evan C. Ouellette, BBO# 655934<br>Raquel D. Ruano, BBO# 658735<br>Alexandra Alland, BBO# 652152<br>Assistant Corporation Counsel<br>City of Boston Law Department<br>One City Hall Plaza<br>Boston, MA 02201<br>(617) 635-4048 | /s/ Stephen Hrones<br>Stephen Hrones, BBO# 242860<br>HRONES & GARRITY<br>Lewis Wharf – Bay 232<br>Boston, MA 02110<br>(617) 227-4019 |

Date: <u>March 18, 2010</u>

## **CERTIFICATE OF SERVICE**

  I, Evan C. Ouellette, counsel for the defendant, hereby certify that on this date I served a copy of the foregoing document through the CM/ECF system via electronic mail on counsel for the Plaintiff.

Date: March 18, 2010             /s/ Evan C. Ouellette
                        Evan C. Ouellette